# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

### AUGUSTA DIVISION

BOBBY MINOR,                           )
                                       )
           Plaintiff,                  )
                                       )
    v.                                 )        CV 111-070
                                       )
DENNIS BROWN, et al.,                  )
                                       )
           Defendants.                 )

-----------

## O R D E R

-----------

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims for improper placement in the institutional program at Augusta State Medical Prison, unwanted medical care, mishandling of grievances, and general conditions of confinement are **DISMISSED** from this case. Furthermore, Defendant Wilkes is **DISMISSED** from this case.

SO ORDERED this 23rd day of April, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA